O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL C. JONES,                    )    Case No. EDCV 07-850-OP
                                     )
                Plaintiff,           )    JUDGMENT
                                     )
        vs.                          )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
                Defendant.           )
_____     )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner and dismissing this action with prejudice.

DATED:  March 2, 2009        _____
                             HONORABLE OSWALD PARADA
                             United States Magistrate Judge

1